IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CONSERVATION LAW FOUNDATION, | : | CIVIL ACTION |
| Plaintiff, | : | Case No. 1:13-cv-00777-M-PAS |
| v. | : | (Judge John J. McConnell, Jr.) |
| BROADROCK GAS SERVICES, LLC, RHODE ISLAND LFG GENCO, LLC, and RHODE ISLAND RESOURCE RECOVERY CORPORATION, | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by the parties that the above-captioned action is hereby dismissed with prejudice.

| | |
|---|---|
| **CONSERVATION LAW FOUNDATION** By its Attorneys, | **BROADROCK GAS SERVICES, LLC RHODE ISLAND LFG GENCO, LLC** By their Attorneys, |
| /s/ Tricia K. Jedele /s/ Max Greene Tricia K. Jedele, Esq., #5958 Max Greene, Esq., #7921 55 Dorrance Street, Suite 202 Providence, RI 02903 Tel: (401) 351-1102 tjedele@clf.org mgreene@clf.org | /s/ Neil S. Witkes /s/ Diana A. Silva Neil S. Witkes, Esq. (*Pro Hac Vice*) Diana A. Silva, Esq. (*Pro Hac Vice*) MANKO, GOLD, KATCHER & FOX, LLP 401 City Avenue, Suite 901 Tel: (484) 430-5700 Fax: (484) 430-5711 nwitkes@mankgold.com dsilva@mankgold.com /s/ Joseph J. McGair PETRARCA AND McGAIR, INC. 797 Bald Hill Road Warwick, RI 02886 Tel: (401) 821-1331 Fax: (401) 823-0970 jjm@petrarcamcgair.com |

**RHODE ISLAND RESOURCE RECOVERY CORP.**
By its Attorneys,

/s/ Gerald J. Petros
/s/ Mitchell Edwards
HINCKLEY ALLEN
100 Westminster Street, Suite 1500
Providence, RI, 02903
gpetros@hinkleyallen.com
medwards@hinkleyallen.com

Dated: July 1, 2016